CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 13 2009

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

FRED LEWIS WILSON, )
)
Petitioner, ) Case No. 7:09CV00127
)
v. )
) **FINAL ORDER**
)
VA D.O.C., ) By: Glen E. Conrad
) United States District Judge
Respondent. )

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the motion to dismiss is **GRANTED**, the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; and this action is stricken from the active docket of the court.

ENTER: This 13th day of October, 2009.

_/s/ Glen E. Conrad_
United States District Judge